UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-60001-RAR

ANDRES GOMEZ,

      Plaintiff,

vs.

CRAFTMADE ENTERPRISES, LLC.

      Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

      Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that the parties have reached an amicable resolution in principle of this dispute. Thus, the parties respectfully request twenty-one (21) days from the date below for the parties to memorialize their agreement in writing and for Plaintiff to file his Voluntary Notice of Dismissal with Prejudice.

      Dated this 17th day of January, 2021.

Respectfully Submitted,

                                            */s/ Alberto R. Leal*.
                                            Alberto R. Leal
                                            Florida Bar No.: 1002345
                                            E-Mail: al@thelealfirm.com
                                            The Leal Law Firm, P.A.
                                            8927 Hypoluxo Rd. #157
                                            Lake Worth, FL 33467
                                            Phone: 561-237-2740
                                            Attorney for Plaintiff