## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**　　　　　　　　　　　　　　　Case Number:  0:21-cv-60001-RAR

**CRAFTMADE ENTERPRISES, LLC.,**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 29, 2021　　　　　　　　*/s/ Alberto R. Leal*.
　　　　　　　　　　　　　　　　　　Alberto R. Leal
　　　　　　　　　　　　　　　　　　Florida Bar No.: 1002345
　　　　　　　　　　　　　　　　　　E-Mail: al@thelealfirm.com
　　　　　　　　　　　　　　　　　　The Leal Law Firm, P.A.