**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-60001-RAR**

**ANDRES GOMEZ**,

    Plaintiff,

v.

**CRAFTMADE ENTERPRISES, LLC**,

    Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Dismissal with Prejudice [ECF No. 10] ("Notice"). The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of February, 2021.

                                                  _____
                                                  **RODOLFO A. RUIZ II**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record